IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERIC PEEBLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-CV-928-SMD |
| | ) |
| AUBURN UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion for Summary Judgment (Doc. 32), it is

ORDERED that, **on or before October 27, 2020**, Plaintiff shall show cause, if any there be, why the Motion should not be granted. Defendant may file a reply **on or before November 10, 2020**.

DONE this 6th day of October, 2020.

/s/ Stephen M. Doyle
CHIEF UNITED STATES MAGISTRATE JUDGE