**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                               TELEPHONE (334) 954-3600

October 6, 2020

# NOTICE OF CORRECTION

From:        Clerk's Office

Case Style:        Peebles v. Auburn University

Case Number:        3:19-cv-00928-SMD

This Notice of Correction was filed in the referenced case this date to attach a corrected PDF document. The first 2 pages of Exhibit 4 contained typographical errors.

The corrected PDF document is attached to this notice for your review. Reference is made to doc # 35-1 filed on 10/5/2020.