## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **ERIC PEEBLES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **3:19-cv-00928-SMD** |
| **AUBURN UNIVERSITY,** | ) | |
| | ) | **UNOPPOSED** |
| **Defendant.** | ) | |

### MOTION TO EXTEND RESPONSE DEADLINE

Plaintiff Eric Peebles respectfully moves the Court to enter an order extending Plaintiff's deadline to respond to Defendant Auburn University's Motion for Summary Judgment. In support thereof, Plaintiff states as follows:

1.      Defendant filed its Motion for Summary Judgment on October 5, 2020. (Doc. 32).

2.      On October 6, 2020, the Court entered an Order setting Plaintiff's Response deadline to October 27, 2020 and Defendant's Reply deadline to November 10, 2020. (Doc. 37).

3.      Plaintiff needs an additional seven (7) days to adequately prepare his Response.

4.      Defendant's counsel has advised the undersigned that Defendant does not oppose an extension.

1

WHEREFORE, PREMISES CONSIDERED, Plaintiff Eric Peebles respectfully requests this Court extend Plaintiff's Response deadline to November 3, 2020 and Defendant's Reply deadline to November 17, 2020.

Respectfully submitted,

*/s/ Ashley R. Rhea*
Ashley R. Rhea
Bar Number: asb-8736-H81O
*Attorney for Plaintiff*

**OF COUNSEL:**
RHEA LAW LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233
Telephone: (205) 675-0476
Facsimile: (205) 623-4985
arhea@rhealawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served electronically via CM/ECF and/or U.S. mail, First Class, postage prepaid upon all parties on October 13, 2020:

David R. Boyd
Martha Thompson
Christina M. Rossi
Aria B. Allen
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201
*Attorneys for Defendant*

Jaime S. Hammer
Morgan M. Sport
Auburn University
Office of General Counsel
101 Samford Hall
Auburn, AL 36849
*Attorneys for Defendant*

*/s/ Ashley R. Rhea*
OF COUNSEL

3