# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ERIC PEEBLES, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 3:19-cv-00928-SMD |
| AUBURN UNIVERSITY, | ) |
| Defendant. | ) |

## MOTION FOR LEAVE

COMES NOW Plaintiff Eric Peebles, through his undersigned counsel, and moves this Court for leave to file his Response in Opposition to Defendant Auburn University's Motion for Summary Judgment. Counsel for Plaintiff has been extremely ill since November 4, 2020.

WHEREFORE, Plaintiff respectfully requests the Court grant his Motion for Leave to file his Response in Opposition to Defendant's Motion for Summary Judgment, and extend Defendant's deadline to file its Reply.

Respectfully submitted,

*/s/ Ashley R. Rhea*
Ashley R. Rhea
ASB-8736-H81O
Attorney for Plaintiff

1

**OF COUNSEL:**
RHEA LAW LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233
Telephone: (205) 675-0476
Fax: (205) 386-4383
Email: arhea@rhealawllc.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing was served electronically via U.S. mail, First Class, postage prepaid upon all parties on November 18, 2020:

| | |
|---|---|
| David R. Boyd | Jaime S. Hammer |
| Martha Thompson | Morgan M. Sport |
| Christina M. Rossi | Auburn University |
| Aria B. Allen | Office of General Counsel |
| BALCH & BINGHAM LLP | 101 Samford Hall |
| Post Office Box 306 | Auburn, AL 36849 |
| Birmingham, AL 35201 | *Attorneys for Defendant* |
| *Attorneys for Defendant* | |

                                                  */s/ Ashley R. Rhea*
                                                  OF COUNSEL