IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERIC PEEBLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:19-cv-00928-SMD |
| v. | ) |
| | ) |
| AUBURN UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO RECONSIDER**

COMES NOW Plaintiff Eric Peebles, by and through his undersigned counsel Ashley R. Rhea ("Counsel"), and respectfully moves this Court to reconsider its Order Denying Plaintiff's Motion for Leave [Doc. 43]. In support thereof, Plaintiff states as follows:

1. Counsel has experienced illness from from November 3th through today, as detailed in her Declaration attached hereto as "Exhibit A."

2. On November 13, 2020, Counsel sent an email to Defendant's counsel notifying them of the circumstances and her intent to file a Motion for Leave (See Exhibit B).

3. Counsel attempted, in good faith, to comply with the Court's requirements relating to a late submission of Plaintiff's Response (See Exhibit C).

1

4. The Court's Scheduling Order [Doc. 21] set a discovery deadline of August 21, 2020 and a dispositive motion deadline of September 21, 2020.

5. On September 11, 2020, the Court entered an Order [Doc. 27] granting a Joint Motion to Continue the dispositive motion deadline to October 5, 2020 in order to allow Defendant more time to prepare its submissions.

6. On October 5, 2020, Defendant filed its Motion for Summary Judgment and supporting Brief [Docs. 32-36]. On October 6, 2020, Defendant filed its Brief under Seal [Doc. 38-39].

7. On October 6, 2020, the Court entered an Order setting Plaintiff's Response deadline to October 27, 2020 [Doc. 37]. On October 13, 2020, the Court entered an Order granting an extension of Plaintiff's Response deadline to November 3, 2020 [Doc. 41].

8. Overall, the Court has granted Defendant forty-four (44) days to prepare and submit its Motion for Summary Judgment. The Court has granted Plaintiff thirty-two days (32) days to prepare and submit his Response.

9. The denial of Plaintiff's Motion for Leave to File his Response (See Exhibit D), would be a manifest injustice given the unique circumstances of the pandemic and Counsel's good faith efforts.

WHEREFORE, Plaintiff respectfully requests the Court GRANT his Motion to Reconsider and GRANT Plaintiff Leave to File his Response in Opposition to Defendant's Motion for Summary Judgment.

                        Respectfully submitted,

                        */s/ Ashley R. Rhea*
                        Ashley R. Rhea
                        ASB-8736-H81O
                        Attorney for Plaintiff

**OF COUNSEL:**
RHEA LAW LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233
Telephone: (205) 675-0476
Fax: (205) 386-4383
Email: arhea@rhealawllc.com

y

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing was served electronically via U.S. mail, First Class, postage prepaid upon all parties on December 1, 2020:

| | |
|---|---|
| David R. Boyd | Jaime S. Hammer |
| Martha Thompson | Morgan M. Sport |
| Christina M. Rossi | Auburn University |
| Aria B. Allen | Office of General Counsel |
| BALCH & BINGHAM LLP | 101 Samford Hall |
| Post Office Box 306 | Auburn, AL 36849 |
| Birmingham, AL 35201 | *Attorneys for Defendant* |
| *Attorneys for Defendant* | |

 

    */s/ Ashley R. Rhea*
    OF COUNSEL