IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ERIC PEEBLES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CASE NO.: 3:19-cv-00928-SMD |
| v. ) | |
| ) | |
| **AUBURN UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |

## DECLARATION OF ASHLEY RHEA

I, Ashley Rose Rhea, do declare and state as follows:

1. My name is Ashley Rose Rhea, I am over the age of 21 and have personal knowledge of the contents of this declaration.

2. I have a disability, Arthrogryposis, which places me in the category of at-risk individuals for the coronavirus. Specifically, I am physically unable to wear a mask.

3. On November 3, 2020, I began experiencing nausea, aches, and a fever which medical professionals have noted as symptoms of COVID-19.

4. From November 3rd through today, I have continued to experience symptoms and seek treatment. I have had to request extensions of deadlines in several cases and reschedule client meetings.

5. I completed my draft of Plaintiff's response brief on November 3, 2020.

1

6. I used CM/ECF to file Plaintiff's response brief on November 3, 2020.

7. On November 13, 2020, I sent an email to Defendant's counsel notifying them of the circumstances and my intent to file a Motion for Leave.

8. On November 13, 2020, at 1:20 p.m., I called the chambers of Hon. Judge Stephen M. Doyle to clarify the proper procedure for submitting a brief past the deadline due to an illness. I was referred to the procedures outlined in the Local Rules for the Middle District of Alabama.

9. I reviewed the Local Rules for the Middle District of Alabama and did not find written procedures for the submission of briefs past the ordered deadline.

10. I reviewed the Court's Scheduling Order but did not find any guidance regarding submissions past a deadline.

11. I have appeared as an attorney of record for cases in the U.S. District Court for the Northern, Middle, and Southern Districts of Alabama. I have never filed a motion for leave of court to file a brief past the ordered deadline.

PURSUANT TO 28 U.S.C. §1746, I VERIFY UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on the 1st day of December, 2020.

_____
Ashley Rose Rhea