**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| ERIC PEEBLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO: |
| v. | ) 3:19-CV-928-SMD |
| | ) |
| AUBURN UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AUBURN'S MOTION FOR ENTRY OF JUDGMENT**

Auburn University ("Auburn") respectfully moves this Court for entry of a judgment in its favor pursuant to Rule 56 and in support shows as follows:

1. On October 5, 2020, Auburn filed its motion for summary judgment and supporting briefs both publicly and under seal. *See* Docs. 32, 33, 39.

2. Although the Court extended Plaintiff Eric Peebles's ("Plaintiff") deadline to respond to Auburn's summary-judgment motion through November 3, 2020, Plaintiff did not file a response to Auburn's summary-judgment motion by that deadline, and the Court denied Plaintiff's request for leave to file a response out of time. *See* Docs. 40–45.

3. As a result, Plaintiff has offered no facts or evidence, nor has he pointed to any portion of the record, demonstrating a genuine dispute of material fact as to whether his claims could be successful and that Auburn is not entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56. For these reasons, and for the reasons already stated in Auburn's motion for summary judgment and supporting briefs, Auburn's motion for summary judgment (Docs. 32, 33) is due to be granted in full.

Respectfully submitted this the 15th day of February, 2021.

/s/ Martha L. Thompson
One of the Attorneys for Defendant

**OF COUNSEL:**

David R. Boyd (ASB-0717-D52D)
Christina M. Rossi (ASB-6408-Q40P)
Martha L. Thompson (ASB-3099-O78M)
Aria B. Allan (ASB-ALL-111)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone:  205-251-8100
Facsimile:  205-226-8798
Email:  dboyd@balch.com
           crossi@balch.com
           mlthompson@balch.com
           aallan@balch.com

Jaime S. Hammer (ASB-1557-C00Z)
Morgan M. Sport (ASB-3230-M71S)
Auburn University
Office of General Counsel
101 Samford Hall
Auburn, AL  36849
Telephone: (334) 844-5176
Email:  jhammer@auburn.edu
           mms0116@auburn.edu

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 15th day of February, 2021:

Ashley R. Rhea
RHEA LAW LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
Email: arhea@rhealawllc.com

                                              */s/ Martha L. Thompson*
                                              OF COUNSEL