IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **ERIC PEEBLES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 3:19-cv-00928-SMD |
| v. | ) | |
| | ) | |
| **AUBURN UNIVERSITY,** | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT
AUBURN UNIVERSITY'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff Eric Peebles respectfully moves the Court to deny Defendant Auburn University's Motion for Entry of Default. In support thereof, Plaintiff states as follows:

1. On November 16, 2020, Plaintiff filed a Motion for Leave to File his brief in response to Auburn University's Motion for Summary Judgment (Doc. 42). The Court entered an Order denying Plaintiff's Motion for Leave to File on November 20, 2020 (Doc. 43).

2. On December 1, 2020, Plaintiff filed a Motion for Reconsideration of the Court's Order denying his Motion for Leave to File (Doc. 44). In support of his Motion, counsel for Plaintiff submitted a Declaration which provided further details to the Court regarding the COVID-19 pandemic's impact on the submission of Plaintiff's response brief (Doc. 44-1).

3. The Court entered an Order denying Plaintiff's Motion for Reconsideration on December 10, 2020 (Doc. 45).

4. Auburn University never filed an opposition to either Plaintiff's Motion for Leave to File or to Plaintiff's Motion for Reconsideration.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Eric Peebles respectfully requests this Court deny Defendant Auburn University's Motion for Entry of Default and allow Plaintiff to submit his Response to Defendant's Motion for Summary Judgment.

Respectfully submitted,

*/s/ Ashley R. Rhea*
Ashley R. Rhea
ASB-8736-H81O
*Attorney for Plaintiff*

**OF COUNSEL:**
RHEA LAW LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233
Telephone: (205) 675-0476
Fax: (205) 386-4383
Email: arhea@rhealawllc.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing was served electronically via CM/ECF and/or U.S. mail, First Class, postage prepaid upon all parties on February 17, 2021:

| | |
|---|---|
| David R. Boyd<br>Martha Thompson<br>Christina M. Rossi<br>Aria B. Allen<br>BALCH & BINGHAM LLP<br>Post Office Box 306<br>Birmingham, AL 35201<br>*Attorneys for Defendant* | Jaime S. Hammer<br>Morgan M. Sport<br>Auburn University<br>Office of General Counsel<br>101 Samford Hall<br>Auburn, AL 36849<br>*Attorneys for Defendant* |

    */s/ Ashley R. Rhea*
    OF COUNSEL